IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

FILED
DEC 20 2011
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

PATSY CHIRICO, )
)
Plaintiff, )
)
v. ) CIVIL NO. 3:10cv689-JRS
)
MICHAEL J. ASTRUE, )
Commissioner of Social Security, )
)
Defendant. )

## FINAL ORDER

This matter is before the Court on the Report and Recommendation of the Magistrate Judge (R&R) entered on November 21, 2011 (ECF No. 15). The time to file objections has expired and neither party has objected to the R&R. Having considered the matter and deeming it otherwise proper and just to do so, it is hereby ORDERED:

(1) The R&R of the Magistrate Judge is ACCEPTED and ADOPTED as the OPINION of the Court.

(2) Plaintiff's Motion for Summary Judgment (ECF No. 9) is GRANTED and Defendant's Motion for Summary Judgment (ECF No. 11) is DENIED.

(3) The decision of the Commissioner shall be REVERSED and REMANDED for further administrative proceedings consistent with the R&R.

(4) This case is DISMISSED.

(5) This case is CLOSED.

Let the Clerk of the Court send a copy of this Final Order to Plaintiff and all counsel of record.

It is so ORDERED.

/s/
James R. Spencer
United States District Judge

Richmond, Virginia
Date: 12-19-11